FENNEMORE CRAIG, P.C.
John J. Balitis, Jr. (No. 011801)
Barney M. Holtzman (No. 016554)
Ashley M. Gomez (No. 029730)
2394 East Camelback
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  jbalitis@fclaw.com
Email:  bholtzma@fclaw.com
Email:  agomez@fclaw.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PAUL Y. HU,<br><br>             Plaintiff,<br><br>     v.<br><br>D.R. HORTON, INC., a Delaware corporation; and DHI MORTGAGE COMPANY, LTD., a Texas limited partnership,<br><br>             Defendants. | No.<br><br>**NOTICE OF REMOVAL**<br><br>(FEDERAL QUESTION JURISDICTION; DIVERSITY JURISDICTION)<br><br>(Pima County Superior Court No. C2014-3184) |

Pursuant to 28 U.S.C. §§ 1441 and 1446 and LRCiv 3.7, Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd. (collectively, "Defendants") remove this action from the Arizona Superior Court for Pima County to the United States District Court for the District of Arizona based on the following grounds:

**THE STATE COURT ACTION**

1.      On June 10, 2014, plaintiff Paul Y. Hu ("Plaintiff") commenced an action in Arizona Superior Court for Pima County, styled *Paul Y. Hu v. D.R. Horton Inc., et al.*, Case No. C2014-3184 (the "State Court Action") by filing a Petition & Complaint

[attached hereto **as Exhibit 1**], along with a Cover Sheet For New Case [attached hereto as **Exhibit 2**], and a Certificate of Compulsory Arbitration [attached hereto as **Exhibit 3**].

2. Defendant D.R. Horton, Inc. initially received the Summons and Complaint on June 16, 2014. Defendant D.R. Horton, Inc. received the Summons and Complaint again on June 25, 2014. [*See* Affidavit of Service for D.R. Horton, Inc., attached hereto as **Exhibit 4**]. The State Court Action record does not contain an affidavit of service related to the June 16, 2014 service of process.

3. Defendant DHI Mortgage Company, Ltd. was served on June 16, 2014. The State Court Action record does not contain an affidavit of service related to the June 16, 2014 service of process.

4. Non-party, DHI Mortgage Company, GP, Inc. received a Summons and Complaint on June 25, 2014. [*See* Affidavit of Service attached hereto as **Exhibit 5**]. DHI Mortgage Company GP, Inc. is the general partner of DHI Mortgage Company, Ltd. DHI Mortgage Company, Ltd. is the only entity relevant to the above referenced action and related claims.

5. Defendants filed an Answer on July 7, 2014 [attached hereto as **Exhibit 6**].

6. Defendants also filed a Controverting Certificate of Compulsory Arbitration [attached hereto as **Exhibit 7**].

7. Plaintiff filed a Motion for Summary Judgment on July 14, 2014 [attached hereto as **Exhibit 8**].

8. No other process, pleadings or orders have been served upon Defendants.

9. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.7, true and correct copies of all pleadings, orders and other documents filed in the State Court Action that are available through the clerk's office as of the filing of this Notice of Removal are attached hereto. [*See* Exhibits 1-8; All Money Receipts #2329511, attached hereto as **Exhibit 9**; All Money Receipts #2343306, attached hereto as **Exhibit 10**; and Notice of Lis Pendens,

attached hereto as **Exhibit 11**]. Defendants' counsel's verification that true and correct copies of all pleadings and other documents previously filed in the state court proceeding are attached to this Notice is attached hereto as **Exhibit 12**.

## NOTICE OF REMOVAL IS TIMELY

10. Defendants filed this Notice within thirty (30) days after service of a pleading, motion, order or other paper, namely the Complaint, from which it may be ascertained that this case is one that is or has been removable, and within one year after commencement of the State Court Action. Removal, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

11. In his Complaint, Plaintiff alleges that Defendants violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq. ("ECOA")[1] (in addition to alleging various pendent state claims for breach of contract) and he seeks relief pursuant to the FCRA and ECOA.

12. The District Courts of the United States have original and supplemental jurisdiction of the State Court Action pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

13. The State Court Action is removable pursuant to 28 U.S.C. § 1441.

## BASIS FOR REMOVAL – DIVERSITY JURISDICTION

14. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of

---

[1] The Complaint is unintelligible. Plaintiff alleged violations of the "Federal trade Commission's Equal Housing law against Discrimination." [See Complaint, Ex. 1, at p. 4.] Although this clearly raises a federal question, it is unclear as to the specific federal law he believed was violated. Based upon Plaintiff's allegations and attachments, Defendants believe Plaintiff is alleging a violation of the ECOA.

different states, none of the Defendants are a citizen of the State of Arizona, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

15. Upon information and belief, Plaintiff is and has been a natural person residing within Pima County in the State of Arizona. [*See, e.g.,* Complaint, Ex. 1, at p.1]. Consequently, for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), Plaintiff is a citizen of Arizona.

16. Defendant D.R. Horton, Inc. is a Delaware corporation with its principal place of business in Texas. Consequently, for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), D.R. Horton, Inc. is a citizen of Delaware and Texas.

17. Defendant DHI Mortgage Company, Ltd. is a Texas limited partnership. For purposes of diversity jurisdiction, a limited partnership takes the citizenship of every general and limited partner. *See Carden v. Arkoma Associates*, 494 U.S. 185, 195 (1990). The following is a list of the identity and citizenship of each and every general and limited partner of DHI Mortgage Company, Ltd.:

    (a)    DHI Mortgage Company GP, Inc. is the general partner of Defendant DHI Mortgage Company, Ltd. DHI Mortgage Company GP, Inc. is a Delaware corporation with its principal place of business in Texas. Consequently, for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), DHI Mortgage Company GP, Inc. is a citizen of Delaware and Texas.

    (b)    DHI Mortgage Company LP, Inc. is the limited partner of Defendant DHI Mortgage Company, Ltd. DHI Mortgage Company LP, Inc. is a Delaware corporation with its principal place of business in Texas. Consequently, for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), DHI Mortgage Company GP, Inc. is a citizen of Delaware and Texas.

      (c)    Consequently, for purposes of diversity jurisdiction, Defendant DHI Mortgage Company, Ltd. is also a citizen of Delaware and Texas.

18.    While Defendants deny that Plaintiffs are entitled to any relief, the amount in controversy exceeds $75,000.00. Plaintiff's Complaint seeks specific performance of a contract worth more than the threshold amount. Specifically, the Complaint seeks this Court order Defendant DHI Mortgage Company, Ltd. to loan Plaintiff funds necessary to purchase a home worth $276,070.00 from Defendant D.R. Horton, Inc. [*See* Complaint, Ex. 1, at § IV]. The loan, including interest, is worth $414,751.96. [*See* Complaint, Ex. 1, at Exhibit A, p. 2]. Complaint also seeks unspecified damages for alleged violations of the Federal Fair Credit Reporting Act. [See Complaint, Ex. 1, at p. 5.] The Complaint thus establishes that the jurisdictional amount in controversy is met.

**NOTICE GIVEN**

19.    A copy of this Notice is concurrently being filed with the State Court Clerk pursuant to Local Rule LRCiv3.7(a).

**PROPER FEDERAL FORUM**

20.    Removal to this Arizona District Court is appropriate pursuant to 28 U.S.C. § 1441(a) because the State Court Action was filed in Pima County, Arizona.

**RULE 11 CERTIFICATION**

21.    This Notice of Removal is signed pursuant to Rule 11, Federal Rules of Civil procedure, in accordance with 28 U.S.C. § 1446(a) and LRCiv 3.7.

**ADDITIONAL BRIEFING**

22.    If any question arises as to the propriety of this removal, Defendants respectfully request the opportunity to brief any disputed issues and to present oral argument in support of their position that this case is properly removable. Defendants also reserve the right to supplement this Notice of Removal as appropriate.

FENNEMORE CRAIG, P.C.

PHOENIX

# NON-WAIVER

23. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' right to assert any defense or affirmative matter including, but not limited to, the defenses of lack of personal jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, fraudulent joinder or any other procedural or substantive defense available to Defendants.

WHEREFORE, Defendants D.R. Horton, Inc. and DHI Mortgage Company, Ltd. hereby remove this State Court Action now pending against them in the Arizona Superior Court for Pima County to the United States District Court for the District of Arizona.

DATED this 16th day of July 2014.

FENNEMORE CRAIG, P.C.

By: /s/Barney M. Holtzman
John J. Balitis
Barney M. Holtzman
Ashley M. Gomez
Attorneys for Defendants

Original e-filed with the Court this
16th day of July 2014.

Copy mailed this 16th day of July 2014, to:

Paul Y. Hu
P.O. Box 66093
Tucson, AZ  85728
Plaintiff

/s/Timothy Fishman
9319997.2